1 **RESHMA KAMATH**
2 Reshma Kamath
3 E-mail:   reshmakamath2021@gmail.com
  Phone:    650 257 0719
4 Address:   Law Office of Reshma Kamath,
5              700 El Camino Real Suite 120, #1084
             Menlo Park, CA 94025
6 *In Propria Persona*

7        **UNITED STATES DISTRICT COURT OF CALIFORNIA**
8                      **CENTRAL DISTRICT**
9                      **SOUTHERN DIVISION**

| | |
|---|---|
| RESHMA KAMATH, D/B/A LAW OFFICE OF RESHMA KAMATH, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>JUDITH ASHMANN-GERST, MARIE E. STRATTON, MELISSA REAL, ELWOOD LIUI, APPELLATE COURT DIVISION TWO; STATE BAR OF CALIFORNIA, YEAL TOBI, JEFFREY BROWN, COBURN AND THOMPSON LP, JEFFREY DZECH, and DOES 1 - 10, INCLUSIVE,<br><br>                Defendants. | Case No. 8:23-cv-02193-SVW-SSC<br><br>**OBJECTION AND REQUEST RELATED TO THE ORDER *RE* STIPULATION DOCKETED FEBRUARY 07, 2024**<br><br>Trial Date:      None Set Yet<br>Action Filed:   November 22, 2023 |

## **OBJECTION AND REQUEST**

Plaintiff Reshma Kamath, d/b/a Law Office of Reshma Kamath ("Plaintiff"), objects to the constraint of March 01, 2024 to file the amended complaint – while giving Defendants what they want. In fact, Plaintiff made it very specific as to thirty days for the answer after the filing of the amended complaint. After this, stipulation that Defense drafted states: "WHEREAS, Defendants have not filed a response to the Complaint, but Plaintiff intends to amend her pleading;"

This filing deadline was supposed to be **open-ended**, because Plaintiff intended to get some documents analyzed via forensics prior to filing the amended complaint.

Whether this is the start of bias and prejudice growing towards Indian-Americans in this court as well, or the court managing its docket. Either way, Plaintiff would like the amended complaint to **not have the March 01, 2024**.

**April 01, 2024** is more conducive to filing the amended complaint with proper exhibits. More likely than not, the court will deny this – as most courts in California do not find good cause when non-White attorneys request.

**February 07, 2024**                                      *Respectfully Submitted,*

*/S/ Reshma Kamath*

**RESHMA KAMATH**

# PROOF OF SERVICE
## F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States. On February 07, 2024, I served the following document(s) on: See Attached Service List.

**OBJECTION AND REQUEST RELATED TO THE ORDER *RE* STIPULATION DOCKETED FEBRUARY 07, 2024**

**ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6.]

///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on February 07, 2024.

///

## SERVICE LIST

| | |
|---|---|
| MATTHEW L. GREEN, Bar No. 227904<br>matthew.green@bbklaw.com<br>BEST BEST &amp; KRIEGER LLP<br>655 West Broadway, 15th Floor<br>San Diego, California 92101<br>Telephone: (619) 525-1300<br>Facsimile: (619) 233-6118 | Attorneys for Defendants HON. MARIA E. STRATTON, Presiding Justice of the California Court of Appeal, Second Appellate District, Division Eight; HON. ELWOOD G. LUI, Administrative Presiding Justice of the California Court of Appeal, Second Appellate District, Division Two; HON. JUDITH ASHMANN-GERST, |

| | Associate Justice of the California Court of Appeal, Second Appellate District, Division Two; MELISSA REAL, Clerk at California Court of Appeal, Second Appellate District; and CALIFORNIA COURT OF APPEAL, SECOND APPELLATE DISTRICT<br>Via Electronic Service |
|---|---|