MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Defendants
HON. MARIA E. STRATTON, Presiding Justice of the California Court of Appeal, Second Appellate District, Division Eight; HON. ELWOOD G. LUI, Administrative Presiding Justice of the California Court of Appeal, Second Appellate District, Division Two; HON. JUDITH ASHMANN-GERST, Associate Justice of the California Court of Appeal, Second Appellate District, Division Two; MELISSA REAL, Clerk at California Court of Appeal, Second Appellate District; and CALIFORNIA COURT OF APPEAL, SECOND APPELLATE DISTRICT

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## CENTRAL DISTRICT — SOUTHERN DIVISION

| | |
|---|---|
| RESHMA KAMATH, D/B/A LAW OFFICE OF RESHMA KAMATH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JUDITH ASHMANN-GERST, MARIE E. STRATTON, MELISSA REAL, ELWOOD LIUI, APPELLATE COURT DIVISION TWO; STATE BAR OF CALIFORNIA, YEAL TOBI, JEFFREY BROWN, COBURN AND THOMPSON LP, JEFFREY DZECH, and DOES 1 - 10, INCLUSIVE,<br><br>Defendants. | Case No. 8:23-cv-02193-SVW-SSC<br>Judge: Hon. Stephen V. Wilson<br><br>RESPONSE TO OBJECTION TO COURT'S FEBRUARY 7, 2024, ORDER [Dkt. No. 12]<br><br>Trial Date: Not Set<br>Action Filed: November 22, 2023 |

Defendants the Honorable Maria E. Stratton, Presiding Justice of the California Court of Appeal, Second Appellate District, Division Eight; the Honorable Elwood G. Lui, Administrative Presiding Justice of the California Court of Appeal, Second Appellate District, Division Two; the Honorable Judith Ashmann-Gerst, Associate Justice of the California Court of Appeal, Second Appellate District, Division Two; Melissa Real, Clerk at California Court of Appeal, Second Appellate District; and the California Court of Appeal, Second Appellate District, Division Two (collectively, "Defendants") respectfully submit the following response to Plaintiff Reshma Kamath, d/b/a Law Office of Reshma Kamath's ("Plaintiff") objection to the Court's February 7, 2024, order on Plaintiff and Defendants' (collectively, "Parties") stipulation regarding the amendment of the Complaint and extension of time to respond thereto.

In late December 2023, Plaintiff informed Defendants' counsel, Matthew L. Green, that Plaintiff intended to file an amended complaint and planned to do so in mid-January 2024. (Green Decl., Ex. 1 at 8-10.) After no amended complaint was filed, Mr. Green contacted Plaintiff in late January 2024, to inquire regarding its status. (*Id*., Ex. 1 at 8.)

In response, Plaintiff stated she had been unable to file an amended complaint due to deadlines in other matters, but confirmed she still intended to do so. (*Id*., Ex. 1 at 6-7.) Given Defendants' response to the Complaint was due on February 13, 2024, Plaintiff and Mr. Green agreed to enter a stipulation allowing Plaintiff to file an amended complaint and providing Defendants 30 days thereafter to file their responsive pleading, which stipulation Mr. Green agreed to prepare for Plaintiff's review. (*Id*., Ex. 1 at 1-6.)

On February 5, 2024, Mr. Green sent the draft stipulation and proposed order to Plaintiff for her review. (*Id*., Ex. 1, Attachments.) Both the draft stipulation and proposed order transmitted to Plaintiff provided that she amend her pleading on or before March 1, 2024. (*Id*., Ex. 1, Stipulation at 2:26-27, Proposed Order at 2:10-11.)

Best Best & Krieger LLP
Attorneys at Law
655 West Broadway, 15th Floor
San Diego, California 92101

1  Plaintiff responded with one, non-substantive edit to the draft stipulation and
2  authorized Mr. Green to electronically sign the stipulation for her. (*Id*., Ex. 2 at 2-3.)
3  Mr. Green thereafter informed Plaintiff that he had made the requested change to the
4  stipulation, and would add her electronic signature and submit the stipulation to the
5  Court. (*Id*., Ex. 2 at 2.)

6  At no time did Plaintiff comment on the March 1, 2024, deadline, let alone
7  propose a different date. (*See id.*, Ex. 2.) Instead, after the stipulation and proposed
8  order were submitted to the Court, and the Court entered its order thereon, (Dkt. Nos.
9  10, 10-1, 11), Plaintiff filed an objection to the order. (Dkt. No. 12.) Despite the
10 express terms of the stipulation and proposed order to which she agreed, Plaintiff
11 bewilderingly contends her "filing deadline [to amend her pleading] was supposed to
12 be open-ended …." (*Id.* at 2:10 (emphasis omitted).) Plaintiff also suggests that the
13 Court's order may be "the start of bias and prejudice growing towards Indian-
14 Americans in this court as well[,]" which are the same accusations leveled at
15 Defendants in this action. (*Id.* at 2:14-15 (emphasis omitted); *see also* Dkt. No. 1.)
16 Plaintiff concludes her objection by requesting that her deadline to file an amended
17 complaint be moved to April 1, 2024, which she asserts will likely be denied because
18 "most courts in California do not find good cause when non-White attorneys request
19 [sic]." (Dkt. No. 12 at 2:18-21.)

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Plaintiff's accusations against this Court are offensive, baseless, and simply baffling. Defendants nevertheless have no objection to extending the date for Plaintiff to file her amended complaint to April 1, 2024. Indeed, Defendants would have agreed to do so had Plaintiff so suggested when the stipulation was prepared. While too many resources have already been devoted to the Parties' stipulation and proposed order, Defendants wished to submit this response in order to clear up any confusion that Plaintiff's objection to the Court's February 7, 2024, order may have created.[1]

Dated: February 9, 2024               BEST BEST & KRIEGER LLP


By: /s/ Matthew L. Green
MATTHEW L. GREEN
Attorneys for Defendants
HON. MARIA E. STRATTON, Presiding Justice of the California Court of Appeal, Second Appellate District, Division Eight; HON. ELWOOD G. LUI, Administrative Presiding Justice of the California Court of Appeal, Second Appellate District, Division Two; HON. JUDITH ASHMANN-GERST, Associate Justice of the California Court of Appeal, Second Appellate District, Division Two; MELISSA REAL, Clerk at California Court of Appeal, Second Appellate District; and CALIFORNIA COURT OF APPEAL, SECOND APPELLATE DISTRICT

---

[1] Mr. Green also reached out to Plaintiff regarding her objection. (Green Decl., Ex. 3 at 1-3.) In a similarly puzzling fashion, Plaintiff falsely claimed that she did not agree to a March 1, 2024, deadline and that Mr. Green "unilaterally" selected that date, and accused Mr. Green of some unspecified "opposing counsel tactic." (*Id.*, Ex. 3 at 1-2.)

Reshma Kamath, et al. v. Ashmann-Gerst, et al.
United States District Court, Central District of California,
Southern Division Case No. 23-cv-02193-SVW-SSC

# **PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On February 9, 2024, I served a copy of the within document(s):

    RESPONSE TO OBJECTION TO COURT'S FEBRUARY 7, 2024, ORDER [Dkt. No. 12];

    DECLARATION OF MATTHEW L. GREEN IN SUPPORT OF RESPONSE TO OBJECTION TO COURT'S FEBRUARY 7, 2024, ORDER [Dkt. No. 12]

[X] **By Electronic Service**. Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 9, 2024, at San Diego, California.

_Lisa Atwood_ (signature)
Lisa Atwood

- 1 -

25508.00153\41879901.1