# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH<br><br>Plaintiff(s),<br><br>v.<br><br>ELWOOD LUI, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:23–cv–02193–SVW–SSC<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

__4/1/2024__        __15__            __First Amended Complaint__

Date Filed        Document. No.        Title of Document.

**IT IS HEREBY ORDERED:**

　　The First Amended Complaint is accepted as filed. The Court directs the clerk to add to the docket defendants William D Stewart, Michael Schultz, The Superior Court of CA County of Los Angeles, Rolf M Treu, Samantha Lamm, Tomas Ortiz, Lisa De Lorme, Daniel Medioni and William Jun, that are missing from the First Amended Complaint's case caption, but included in the body of the complaint

DATED: April 3, 2024        　　__/s/ *Stephanie S. Christensen*__
　　　　　　　　　　　　　　　　United States Magistrate Judge