**LAW OFFICE OF RESHMA KAMATH**
**Reshma Kamath, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
*In Propria Persona*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>Plaintiff,<br><br>vs.<br><br>JUDITH ASHMANN-GERST, MARIE E. STRATTON, MELISSA REAL, ELWOOD LIU, APPELLATE COURT DIVISION TWO; STATE BAR OF CALIFORNIA, YAEL TOBI, JEFFREY BROWN, COBURN AND THOMPSON LP, JEFFREY CZECH, ALAB NEWS, JUDIOCRACY LLC, EDWARD WEINGAUS, THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES; WILLIAM D. STEWART; MICHAEL SCHULTZ; COMMISSION ON JUDICIAL PERFORMANCE; JUDICIAL COUNCIL OF CALIFORNIA; COUNTY OF LOS ANGELES SHERIFF; SAMANTHA LAMM; TOMAS ORTIZ; LISA DE LORME; DANIEL MEDIONI; WILLIAM JUN; and does 1-10, inclusive,<br><br>Defendants | **CASE NO.: 8:23-cv-2193**<br><br>**PLAINTIFF RESHMA KAMATH'S REQUEST TO EXTEND OPPOSITION-FILING-DEADLINE TO THE DEFENDANTS' MTD TO THE FIRST-AMENDED COMPLAINT TO JULY 12, 2024.** |

Plaintiff Reshma Kamath requests one more brief extension from this Honorable Court in order to file the Opposition to the Defendants' Motion-to-Dismiss. The reason is that Plaintiff Reshma Kamath as counsel was put on three different cases of foreclosure and default – two of which have a July 10, 2024 trustee sale date. Both cases have bankruptcy looming and Plaintiff, as counsel, has to prepare material for that impending and imminent situation. Plaintiff, thus, requests the extension until July 12, 2024 to finish the Opposition and file against Defendants Ashmann-Gerst, William Stewart and the others. Plaintiff states that such a nine-day extension will not cause any significant delay or prejudice to the opposing parties. Plaintiff is prosecuting this case and well aware of all the deadlines.

///

**DATED: JULY 03, 2024**            **RESHMA KAMATH**

*/S/ Reshma Kamath*

**RESHMA KAMATH,**
In Propria Persona

**REQUEST OF PLAINTIFF RESHMA KAMATH**