**LAW OFFICE OF RESHMA KAMATH**
**Reshma Kamath, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
*In Propria Persona*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>Plaintiff,<br><br>vs.<br><br>JUDITH ASHMANN-GERST, MARIE E. STRATTON, MELISSA REAL, ELWOOD LIU, APPELLATE COURT DIVISION TWO; STATE BAR OF CALIFORNIA, YAEL TOBI, JEFFREY BROWN, COBURN AND THOMPSON LP, JEFFREY CZECH, ALAB NEWS, JUDIOCRACY LLC, EDWARD WEINGAUS, THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES; WILLIAM D. STEWART; MICHAEL SCHULTZ; COMMISSION ON JUDICIAL PERFORMANCE; JUDICIAL COUNCIL OF CALIFORNIA; COUNTY OF LOS ANGELES SHERIFF; SAMANTHA LAMM; TOMAS ORTIZ; LISA DE LORME; DANIEL MEDIONI; WILLIAM JUN; and does 1-10, inclusive,<br><br>Defendants | **CASE NO.: 8:23-cv-2193**<br><br>**PLAINTIFF RESHMA KAMATH'S STATEMENT *RE* TODAY'S ORDER** |

Plaintiff Reshma Kamath states that the White judges and related at the CACD are in a rush when they want to show Reshma Kamath in a negative light. When it is Defendants' turn, the White judges provide endless continuances and all kinds of accommodations for them. This Court should read what Plaintiff Reshma Kamath has written about White judges, specifically White women in America not helping other women of color and minorities. American women generally are very selfish.

Further, Plaintiff Reshma Kamath intends to file a MOTION FOR LEAVE TO AMEND, that must be liberally granted pursuant to California's policy and FRCP 15 et seq. in addition to Local Rules. This is to add exhibits.

Since this court provided until July 25, 2024 - but when it wants, the court is backlogged for months and years at a time to make a determination - Plaintiff Reshma Kamath will try in ten (10) days to do all this work (amidst her client work, appellate briefs, arbitrations, state-court complaints, and the multitude of work, Plaintiff Reshma Kamath takes on everyday).

Plaintiff Reshma Kamath is doing this for the millions of people whom the California courts and such racist/misogynistic judges have abused (not just with discretion) but with discrimination, harassment and threatful gamesmanship

This will put California courts on the map in the entire world for its abuses - amongst the even worse White judges around the United States. White people are seeing their hegemony in America falling and non-White people/judges have no checks-and-balances on the non-White judges/clerks' racism and misogyny.

What can you expect from a White woman judge - except to deny - very predictable for White women to support men and only those women of color who White women know are very much beneath them - and will never get ahead of them - only those women of color do men and White women support.

///

**DATED: JULY 15, 2024**            **RESHMA KAMATH**

*/S/ Reshma Kamath*

**RESHMA KAMATH,**
In Propria Persona

**PLAINTIFF RESHMA KAMATH'S STATEMENT**