**RESHMA KAMATH**
Phone: 650 257 0719 |
E-mail: reshmakamath2021@gmail.com |
Address: Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084,
Menlo Park, California 94025, USA.
***In Propria Persona***

**IN AND FOR THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT**

| | |
|---|---|
| **RESHMA KAMATH,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Judith Ashmann-Gerst, Elwood Lui, Barbara Ann Meiers, Melissa Real, Michael Schultz, William D Stewart, Marie Stratton, The Superior Court of CA County of Los Angeles, Rolf M Treu, Appellate Division Second, et al.,**<br><br>**Defendants.** | **Case No.: 8:23-cv-02193-SVW-SSC**<br><br>**OPPOSITION OF PLAINTIFF RESHMA KAMATH, PART I**<br><br>**DEMAND FOR JURY TRIAL** |





**OPPOSITION OF PLAINTIFF RESHMA KAMATH**

--------- PART I -----------

The third-class racists of America have yet to completely leave the courts. It will take a while – probably another two-to-three decades, but it will occur. To think the reviewing federal court that is to look at legal errors of the state court is equally racist is quite an abomination of California courts. To think this goes unchecked is even worse.

In terms of the opposition, this court needs to consider the fine line between **maintaining courtroom decorum and judicial power** *versus* **absolute immunity** *versus* **abuse of discretion** *versus* **racial and gender bias.**

That balancing act that the courtrooms often point to must be not between two sides of a weighing scale that mother Justice holds, but in our diverse and multi-racial, multi-lingual, and multi-gender society, mother Justice with multiple arms doing almost Ma Durga balancing act. That arcane notion of a western lady blinded is not what California courts need. You need a sense of what it means to be non-western, i.e., literally a big part of the rest of the world, and a growing dynamic of America. In that sense what you see and understand is not always right as a judge. Your notions of race, gender and citizenship – where you bring White notions of case law does not work in this modern society of the year 2024.

This is where America is backward and third-world. In an ever-growing and transformative world, the California courts must adapt and adopt to newer and modern ways of thinking as much as those modern ways maybe in ancient law outside of Greco-Roman Aristocratic and Socractic thinking.

One may say well this is our system and you must work within it. No, that is the



worst thinking in the world – that because it ain't broken no need to fix it. This is where stagnation and static notions seep through and destroy judiciousness.

At what point is a judge "teaching a lesson" to a girl and woman, and what point does that become pure abusiveness. White people and men often want to teach lessons to non-White people and women – some kind of savior syndrome.

In terms of the opposition and argument, let me address very briefly what each judge has wronged and crossed the line beyond being a judicial officer. There is no absolute immunity protection for this.

Defendant William D. Stewart:

This extremely abusive White old man in his nineties probably lived through all kind of slavery, KKK and civil rights era – but not quite clear what he has done to help anyone who is non-White during such times. Also, when Plaintiff appeared before him, this judge was at a point where his courtroom was all-male : male research attorney, male clerk and male judge. Further, this judge had prior notoriously attacked another female attorney citing her for contempt – thus, it is well-known this judge was against women who had a brain. Most female attorneys who appeared before this butcher pretended often to be dumb or were silent. Very importantly, he disdained women who spoke up.

Particularly, that one incident where William D. Stewart repeatedly threw a fit of "Shut up Shut your Mouth. Shut up Shut your mouth." At what point did that cross his powers to maintain courtroom decorum – immediately crossed every ethical and legal boundary. Like a Raavan, William D. Stewart attacked with his vicious foul potty mouth in a courtroom of law





against a woman attorney of color who was substantively putting forth argument. This disgusting William D. Stewart with no respect for women immigrant attorney of color then abusively made an attorney commute all the way from a different state in Arizona taking Amtrak at 9 p.m. (which didn't show up), literally having a stranger Uber drop her from Arizona to Burbank courthouse for the tyrant Wiliam D. Stewart's early morning appearance. This third-rate judge's recalcitrance didn't just stop at him apologizing to Plaintiff – the third-rate judge demanded an "unconditional apology." Since some senior attorneys stated judge apologize to the judge, the Plaintiff considered not to – however, the judge never stated whom to apologize to. Thus, then Plaintiff pondered that Plaintiff would apologize to her mother – because she laboriously carried her for nine months and gave birth to her, and brought her up with such trauma and difficulties that Plaintiff's mother never ever got. Plaintiff then unconditionally apologized to her mother in her mind.

Of course, never would Plaintiff forget what William D. Stewart did and said to Plaintiff. If this court doesn't give justice, Plaintiff has many other ways to seek justice. Just like trashy William D. Stewart harassed Plaintiff and Plaintiff's mother, similarly, there are ways to get this retired judge to wake up and realize what he has done.

The mentally-disturbed William D. Stewart went on shamelessly to hire a judicial-council attorney, yet another White male attorney – who then admitted in his declaration that William D. Stewart stated, "Shut up." To that, delusional William D. Stewart never opposed nor denied that statement in Stewart's declaration.

Recently, there was a judge who wanted to teach a thirteen-year-old girl a lesson by handcuffing her – some men teach women a less by raping them, other men teach women a less

by hitting them viciously (guess what, Plaintiff has a female client now who had a dad who did that to her client) – and other men say, "Shut your mouth" repeatedly to female counsel. At what point is a lesson criminal as William D. Stewart did. Not protected under absolute immunity and norms of judicial courtroom decorum.

Defendant Barbara A. Meiers:

Another White judge of the LA courts who finds a sadistic pleasure in harassing younger female-of-color attorneys while protecting White attorneys. This is a constant theme in courts in California where the judges are studying who is female and helplessness – when can we use our power to abuse her and show she is stupid – and where is that White or male person that we can save when pitted against that alleged helpless female-of-color attorney.

This is Barbara A. Meiers – she will do everything in her powers to protect a White attorney who is against a non-White attorney. Abusive Barbara's bias and prejudice are quite predominant when she has immigrants who appear. This is not courtroom decorum or abuse of discretion, this is racism – that you White judges have so cleverly hidden to show yourself as puritanical angelic saviors.

Defendant Judith Ashmann-Gerst:

This defamatory judge Judith Ashmann-Gerst is an abomination of the appellate reviewing court. At what point do her concocted racist comments of "**Jewish conspiracies**" and hurling of trashy third-rate made-up stories against Plaintiff Reshma Kamath, become real.

How dare Judith Ashmann-Gerst state that about Plaintiff Reshma Kamath. You know

how many Jewish people Reshma Kamath knew growing up and what good relations she had with them. This spit-worthy Judith Ashmann-Gerst needs to rot in the sewage for spreading blasphemous comments about Plaintiff Reshma Kamath

Neurotic Judith Ashmann-Gerst also does not realize that justice can be found outside of these filed papers.

Paranoid Judith Ashmann-Gerst with her hyphenated last-name (already has shown Plaintiff that Judith is less intelligent and uses men as a crutch in her vicious schemes) can go to any extent to defame an attorney-of-color and more importantly, a female immigrant one.

This third-class judge Judith Ashmann-Gerst is further mentally-challenged (Plaintiff has great respect for autistic and down-syndrome people and does not consider them mentally-challenged) – because emotionally delusional Judith Ashmann-Gerst spewed such hatred against Plaintiff Reshma Kamath in judge Judith Ashmann-Gerst's lethargic and careless writing about Plaintiff – there will be repercussions against Judith Ashmann-Gerst for sure.

Plaintiff Reshma Kamath states Judith Ashmann-Gerst needs to file a formal apology publicly and retract her statements in her opinion.

Because of Judith Ashmann-Gerst's psychosis, other equally mental groups such as Tim Kowal Law Group and ALAB news have written the same shit that Judith Ashmann-Gerst shat out brainlessly.

Beggar-like Tim Kowal Law Group – who seems has nothing else to do – but write some shit – has written an article about 'race, gender and Jewish conspiracies' knowing very little that **Reshma Kamath** – even in college – was an **AMERICORPS DIVERSITY PEER LEADER and MOSAIC CROSS-CULTURAL CENTER INTERN FOR ASIAN/ASIAN-**

**AMERICAN/PACIFIC ISLANDER GROUPS.**

The third-class Tim Kowall and ALAB news parroting delusional judge Judith's writing is basically each a troll. Such trolls can be ignored for the most part -and remember, powerful women always have negative comments said about them. How can one disregard disgraceful Judith's shit that she vomited on paper. That is not courtroom decorum, judicial opinion-worthy writing, nor is it protected under any kind of absolute immunity of any constitutional amendment. If a White reviewing judge thinks so, it is purely racism – if any Judge thinks so, it is racism, because most judges in California fail to have the courage to speak up.

Judith Ashmann-Gerst's psychotic opinions have no place in California law.

Defendant Elwood Lui:

This is yet another Judith Ashmann-Gerst's puppet. When she says yes, he says yes, when she says no, he says no. There is hardly any *dicta*.

It is absolutely true this judge has connections to the Chinese (American) Bar Association(s) and has ties to the government of the communist Republic of China. If you put this judge under oath, he will have to tell you (unless he perjures himself), that he has such long-standing relationships with high-ranking officials within the Chinese government.

Elwood literally is selling pieces of America to the Chinese government each day in his opinions.

Elwood also does not have the courage or the guts to stand up to White attorneys – as usual, gives in to anything White attorneys do and say – however, wrong they are. Case in point – Jeffrey Czech and Bradley Arnold, Elwood's co-defendants.





Interestingly, ironically and coincidentally, the State Bar Complaint that Plaintiff Reshma Kamath made had yet another White Male Attorney Graig Gilkeson and a Chinese-American attorney Christina Wang. The latter completely devoid of the understanding of law and completely justification for White attorneys. This kind of third-rate racist State Bar has not washed itself of Tom Girardi notions of protecting White attorneys.

Funnily, these pigeon-holed individuals including Elwood are the active forces in creating a racist and misogynistic society in America each day – as racism has spun out-of-control.

Remember, a dismissal of any complaint against a judge is not a win for the Defendants. It is like throwing cow-dung on your face and making you parade around naked in a village – because you'll be responsible for the destruction of this country into a third-world.

Plaintiff could care less whether this person's name is Lui or Liu.

Defendant Marie Stratton:

This is yet another puppet-like brainless judge in a series of the three stooges, Judith, Elwood and Marie. Working in tandem with Elwood and Judith, Marie often like to promote the White culture's East-Asian fetish that existed for decades now. That same East-Asian can do no wrong phenomenon that White people (and now Mexicans, African-Americans, and Indians) harbor has caused a lot of chaos in America. This is why prisons are filled with black and brown people – not so much White and Asians – it is because of people like Marie, Judith and probably this reviewing court.

In excusing the negligent, reckless and criminal behavior of East-Asians such as

Defendants Billy Jun in this matter (who constantly issued NSF checks to Plaintiff Reshma Kamath), judge Marie has shown that she can operate without proof and without evidence to just determine whatever the hell she wants and defame Plaintiff Reshma Kamath as and how Marie pleases.

Yet another Anglo-Saxon deranged woman – who has no sense of people. Sitting in her ivory pedagogy, this judge Marie Stratton thinks she can write anything and everything in her judicial opinions – without proof, evidence and factual basis – and she thinks she can be protected under absolute immunity. Marie then brought in some other judges – two White judges some woman and some guy called Brian – and some Mexican judge called Viramontes – to show she made a collective decision (all light-skinned individuals) (3/4 White) (All Majority Populations of California – No Minorities).

Well, there is no absolute immunity outside of courts!

Defendant Melissa Real:

This majority-population Latin-American ass-licker clerk in the appeal courts could be the sister of that State Bar attorney Christina Wang – both together promoting Whiteness in the courts. If Defendant Melissa is White – even more reason for her to support her fellow Whites.

Plaintiff Reshma Kamath calls Defendant Melissa promoting “White people’s legal things” (which is Plaintiff Reshma Kamath’s sarcasm for White people doing illegal things and freely getting away with it – this happens every day in America - so many White people getting excused and justified for anything and everything illegal they do) where the whole world stops and watches as White people wreak havoc on others and all the world justifies the rubbish of





White people like demiGods that clerk Melissa thinks they are. (No need to coach on run-on sentences – **existentia**l writing does not follow run-on laws).

Defendant Melissa actively ignored the code, laws, and rules – while allowing White attorneys, such as Defendants in this matter to do as-and-what they please.

While the Defendants Elwood, Marie, Judith and a bunch of other group-think, mob-mentality delusionals in the California courts (who have no independent brain) but have to just agree with each other (this is not America – this is the mob-panchayat that people dread, want to abolish and shudder at) defended and justified Defendant Melissa's crappy behavior of pro-White, it just shows that Latin-American phenomenon of this country, to see both or either light-skin and/or White people, and think they can do no wrong.

Sewage is not the only thing seeping into California from the southern border – but it maybe too late to curb that now.

That pro-White misconduct of Defendant Melissa is *not protected under absolute immunity* of any kind. Defendant Melissa's pro-White behavior has **no quasi-immunity** either. It is purely racism.

Racism that Defendant Melissa demonstrates to other non-White people from other cultures, races, ethnic backgrounds and countries.

Defendant Melissa does this because as a low-life uneducated notary-turned-clerk (who probably did not even pick up a book when she was growing up), Defendant Melissa has to show her abusive power to non-Whites smarter and more intelligent than her.

Never has Plaintiff Reshma Kamath seen such trashy behavior in any institution of academia, work or higher institution – except in the third-rate California courts. It wreaks!

Defendant Michael Schultz:

This Defendant Michael Schultz is yet another East-Asian and White-ass licker. This judge like many White male judges has hired an African-American female clerk – which one could commend given the history of White slavery in this country against African-Americans. However, as usual, this White Man has made SUB-SERVIENT the African-American woman.

When someone like Plaintiff Reshma Kamath stands up with intelligence to this WHITE MAN, he has to go back to his racist slavery roots and unleash his crackpot hilly-billy red-neck Whiteness upon Plaintiff Reshma Kamath, a woman-of-color attorney.

What this fool Michael Schultz doesn't understand that EVERYONE IS EQUAL IN THE YEAR 2024 – EVERY CULTURE EXCEPT WHITE CULTURE HAS UNDERGONE SLAVERY IN SOME FORM.

This White nincompoop judge who harassed Plaintiff Reshma Kamath's parents, because this White trash judge had to serve his papers on Plaintiff Reshma Kamath rather than on Defendant Billy Jun while protecting Defendant Daniel Medioni. But this White trash did not just serve Plaintiff Reshma Kamath's office address which would have counted as valid CMRA service. This atrocious racist and misogynist had to hound down parties unknown to plaintiff Reshma Kamath and then upon plaintiff Reshma Kamath's parents.

This slavery-born Michael Schultz needs to be in prison – along with Defendant William Stewart and Rolf M. Treu. Pretty sure their predecessors were the KKK.

Defendant Rolf M. Treu:

When a judge doesn't follow the law, and writes up rambling rant in the order, that is

racist. Many-a-judges do this in California – half the time they're chit-chatting with White attorneys or find some female attorneys to yap with during a hearing. As soon as any immigrant attorney specifically women of color speaks up, these narrow-minded, tyrannical judges such as Rolf M. Treu, who have evolutionarily and genetically built that notion of killing, hatred, disdain and criminality against brown and black individuals, throw such vicious fits in a court of law – it is like watching an episode of the Game of Thrones where it ends in a blood-bath.

That is what Michael Schultz is – William D. Stewart is close behind and Rolf M. Treu has to support his fellow-Whites. Each diabolical.

Each of the afore-stated beggars is begging from Plaintiff Reshma Kamath. Plaintiff does not have free money to give to these carcass-sucking vultures.

Defendant Judicial Council:

One of the most racist organizations in California and America- even worse than the State Bar – as if all the racists have joined together in praying for racism and holding hands in favor of Whiteness. Defendant Judicial Council constantly hires White attorneys to protect White judicial officers. For e.g., to protect William D. Stewart, they put a White Male Attorney, to protect the slew of White Defendants, they put White Attorneys, Matthew Green and Lisa Atwood, and in yet another case against judicial officers, they put a White Male attorney, Kunz.

This substandard organization called Judicial Council is one of the worst in the history of even developing and developed countries anywhere in the world. Then, one questions why is there so much racism in America – more than any other country where there are White people. It



is because of inferior-quality organizations such as Defendant Judicial Council.

Guess what, if you claim absolute immunity for judges and clerks, then PLAINTIFF RESHMA KAMATH HAS LITIGATION PRIVILEGE TO SAY EACH AND EVERYTHING SHE HAS STATED IN THIS OPPOSITION.

Plaintiff Reshma Kamath will not file any report with the CJP or commission on judicial performance – precisely because they're equally in cahoots with the State Bar and Judicial Council. They're not an independent organization. There are no checks-and-balances in American courts – White judges do what they want – men-of-color and White men abuse women as they want – White women get away with anything – East-Asian women (that these stupids think are innocent, sweet, hard-working and intelligent – get away with anything) – this country will now go into recesses of sewage like that slowly seeping from the Southern border and that LA courts ransomware attacks. This is just the beginning of the destruction of California and the California courts.

Each of you racists and misogynists is making it happen each day.

Defendant Appellate Second Division and Superior Court LA:

Neither have absolute judicial immunity nor are they protected under any Rooker Feldman doctrine. Pure negligence was demonstrated. The disastrous LA courts got a little worse and a taste of the medicine (of the future) with that recent ransomware attack. All such things are

premonitions of the future of what is to come. More you treat Plaintiff Reshma Kamath badly, the worse it will get for you. This is only the beginning.

For all other Defendants, such as Defendant William Jun (issuing NSF checks), and related Defendants such as Defendant Czech, Arnold, Lamm, and whoever else there is, all those Defendants can address what they did such as lying under perjury, putting together falsified declarations, issuing NSF checks and related in their Motions to Dismiss. The matter will remain open for those defendants.

In the end the trashy judge of this federal court also showed her true colors – typical White woman behavior – very sweet and believable until they get what they want – and when they unleash their ruthlessness, it is like a mask fell off their hideous faces. Most White women attorneys display this behavior – thus, cannot expect anything from this court.

Just hiring diverse people doesn't make you less racist and less misogynist.

However, Plaintiff Reshma Kamath is doing this to make a point - for the past generations who have suffered under the disgusting White culture, for the present generation that mostly lacks a voice, and for the future generations – who have yet to realize they're giving in to racism and misogyny of their predecessors - bringing the KKK to life in the California courts, law and everyday America.

------END OF PART I-------

**DATED**: **July 25, 2024** **RESHMA KAMATH**

/S/ Reshma Kamath

RESHMA KAMATH,
*In Propria Persona*