

*Via ECF electronic delivery* only

**DATED: JULY 30, 2024**

**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone: 650 257 0719 |  E-mail: reshmakamath2021@gmail.com  |

<u>*RE:*     *OPPOSITION SUBMITTED TIMELY.*</u>

**To: Judges:**

Plaintiff RESHMA KAMATH had timely filed an Opposition after the tyrannical judge set a dismissal date of July 25, 2024. If the court noticed the Opposition stated Part I. This obviously indicates that there is a Part II and potentially, a Part III.

Plaintiff RESHMA KAMATH put Part I as FACTS, and Part II as LAW. Plaintiff RESHMA KAMATH would like to challenge the racist White laws such as Rooker-Feldman doctrine, and race/gender/citizenship challenges that White people have racistly drawn to protect themselves, and that non-White people, particularly judges and attorneys, lap up like some divine serum.

Since the court has yet again sua sponte set a reply deadline on August 16, 2024, Plaintiff RESHMA KAMATH requests that the reply deadline be set aside and Plaintiff RESHMA KAMATH be allowed to file the Part II (LAW) and Part III (EXHIBITS).

Thank you.

*Sincerely,*

*Reshma Kamath*

***Reshma Kamath,***
***Counsel.***