# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH <br><br> Plaintiff(s), <br><br> v. <br><br> ELWOOD LUI, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 8:23−cv−02193−SVW−SSC <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   7/30/2024

Document No.:   30

Title of Document:   Statement Opposition Part II and III

**ERROR(S) WITH DOCUMENT:**

Local Rule 11−3.8 title page is missing, incomplete, or incorrect.

Other:

Statement filed in letter format addressed to the Court. Local Rule 83−2.5 no letters to the Judge.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 31, 2024          By:  */s/ Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.