

*Via ECF electronic delivery* only

**DATED: JULY 31, 2024**

**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone: 650 257 0719 |  E-mail: reshmakamath2021@gmail.com  |

### RE:   *"CACD CLERKS' INCOMPETENCE"*: 8:23-cv-02193-SVW-SSC *Reshma Kamath v. Judith Ashmann Gerst et al.*:

**To: Judges:**

Plaintiff RESHMA KAMATH obviously wants to demonstrate the incompetence of the Clerks at CACD. As the acronym suggests, the clerks probably received As, Cs, and Ds, throughout their schooling.

The question then becomes have any of them even gone to law school – majority of the clerks: No.

The follow-up question is do the CACD clerks even have a college degree, like a bachelor's degree: No.

Are most of the CACD clerks working with associate degrees or high-school graduates?: Probably.

Anyway, the CACD clerks yet again fail to understand a local rule. Maybe the CACD clerks need to be trained better.The bias of the CACD clerks also need to be checked.

The local rule as the legislative body meant to state is no letters directly to the judge, i.e., to the Chambers or via e-mail from any party or litigant. That is not allowed anywhere. Common-sensical. (But guess who has violated such rules, White, Male Attorneys, and just yesterday, Plaintiff witnessed more unethical contraventions of rules, code and law from White, Male Attorneys – why they're getting away with it because of White Judges and ass-licking non-White Judges.)

The local rule does NOT state anything about publicly-filed letters to a presiding judge, where all counsel are concurrently electronically-served.

Thus, yet again, Plaintiff RESHMA KAMATH is compliant with all the local rules.

Thank you.

*Sincerely,*

*Reshma Kamath*

***Reshma Kamath,***
***Counsel.***