

*Via ECF electronic delivery* only

**DATED: AUGUST 02, 2024**
**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone: 650 257 0719 |  E-mail: reshmakamath2021@gmail.com  |

***RE:   AUGUST 02, 2024 MINUTE ORDER.***

**To: DEAR RACISTS:**

I will be filing the documents in support of my Opposition anyway, i.e., PART II and PART III.

You strike and do what you White people do that you think is ethical, legal, and civil – which the whole world knows is unethical, illegal, and uncivil.

Either way, whether that August 16, 2024 hearing remains on calendar or not, Plaintiff will not appear as there is something much more important to do that day.

*Sincerely,*

*Reshma Kamath*

*Reshma Kamath,*
*Counsel.*