MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Defendants
HON. MARIA E. STRATTON, Presiding Justice of the California Court of Appeal, Second Appellate District, Division Eight; HON. ELWOOD G. LUI, Administrative Presiding Justice of the California Court of Appeal, Second Appellate District, Division Two; HON. JUDITH ASHMANN-GERST, Associate Justice of the California Court of Appeal, Second Appellate District, Division Two; MELISSA REAL, Deputy Clerk of the California Court of Appeal, Second Appellate District; CALIFORNIA COURT OF APPEAL, SECOND APPELLATE DISTRICT; HON. MICHAEL J. SHULTZ, Judge of the Superior Court of California, County of Los Angeles; HON. BARBARA ANN MEIERS, Judge of the Superior Court of California, County of Los Angeles; HON. ROLF M. TREU, Judge of the Superior Court of California, County of Los Angeles (Ret.); HON. WILLIAM D. STEWART, Judge of the Superior Court of California, County of Los Angeles (Ret.); SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES; and JUDICIAL COUNCIL OF CALIFORNIA

UNITED STATES DISTRICT COURT OF CALIFORNIA

CENTRAL DISTRICT — WESTERN DIVISION

| | |
|---|---|
| RESHMA KAMATH,<br><br>Plaintiff,<br><br>v.<br><br>JUDITH ASHMANN-GERST, et al.,<br><br>Defendants. | Case No. 8:23-cv-02193-SVW-SSC<br>Judge: Hon. Stephen V. Wilson<br><br>REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>PER ECF 33, MATTER TO BE TAKEN UNDER SUBMISSION UPON FILING OF REPLY |

1  The Judicial Defendants[1] respectfully submit the following reply memorandum in support of their motion to dismiss the First Amended Complaint ("FAC") filed by Plaintiff Reshma Kamath ("Plaintiff").

Although difficult to decipher from the FAC, and notwithstanding the outrageous, offensive, and unfounded accusations therein, the crux of the instant 42 U.S.C. § 1983 action is that Plaintiff's civil rights were violated by alleged racial and gender discrimination she experienced in various court proceedings in multiple lawsuits in the Superior Court of California, County of Los Angeles and the California Court of Appeal, Second Appellate District ("Court of Appeal"). With regard to the Judicial Defendants, Plaintiff's action arises from language used in opinions issued by Justices Ashmann-Gerst, Lui, and Stratton, (ECF 15 ¶¶ 158, 159, 163, 165, 173, 178); *see also Schwartzman v. South Coast Tax Resolution, Inc.*, Case Nos. B314770, B320410, 2023 WL 7969843 (Cal. Ct. App. Nov. 17, 2023); *Czech v. Herrera*, Case No. B316020, 2023 WL 7968410 (Cal. Ct. App. Nov. 17, 2023), the manner in which the Court of Appeal's docket was managed and filings were processed, (ECF 15 ¶¶ 141-142, 144-150, 153-155), and various rulings and in-court comments made by Judges Meiers, Stewart, Shultz, and Treu. (*Id.* ¶¶ 57, 61, 70, 74, 187, 414, 447, 465, 493.)

On May 1, 2024, the Judicial Defendants moved to dismiss the FAC on numerous grounds, including failure to comply with Federal Rule of Civil Procedure

---

[1] The Judicial Defendants consist of Defendants (1) the Honorable Maria E. Stratton, Presiding Justice of the California Court of Appeal, Second Appellate District, Division Eight, (2) the Honorable Elwood G. Lui, Administrative Presiding Justice of the California Court of Appeal, Second Appellate District, Division Two, (3) the Honorable Judith Ashmann-Gerst, Associate Justice of the California Court of Appeal, Second Appellate District, Division Two, (4) Melissa Real, Deputy Clerk of the California Court of Appeal, Second Appellate District, (5) the California Court of Appeal, Second Appellate District, (6) the Honorable Michael J. Shultz, Judge of the Superior Court of California, County of Los Angeles, (7) the Honorable Barbara Ann Meiers, Judge of the Superior Court of California, County of Los Angeles, (8) the Honorable Rolf M. Treu, Judge of the Superior Court of California, County of Los Angeles (Ret.), (9) the Honorable William D. Stewart, Judge of the Superior Court of California, County of Los Angeles (Ret.), (10) the Superior Court of California, County of Los Angeles, and (11) the Judicial Council of California.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

8, judicial and quasi-judicial immunity, the Eleventh Amendment, the *Rooker-Feldman* doctrine, and noncompliance with California's Government Claims Act. (ECF 18 at 2-3, ¶¶ 1-6; ECF 18-1 at 12:23-21:19.) Following multiple extensions granted by the Court totaling roughly two months, (ECF 19, 22, 24), Plaintiff filed an opposition to the motion to dismiss on July 25, 2024. (ECF 28.)

Rather than substantively address any of the grounds supporting dismissal of the action against the Judicial Defendants, let alone cite to any legal authorities, Plaintiff uses her opposition as merely another opportunity to disparage the Judicial Defendants. Plaintiff, who is a California licensed attorney, describes Judge Stewart as "disgusting," "tyran[nical]," "third-rate," and "mentally-disturbed," (*Id.* at 3:12-5:4); refers to Judge Meiers as "sadistic" and "abusive," (*Id.* at 5:4-19); avers Justice Ashmann-Gerst is an "abomination," "spit-worthy," "third-class," "mentally-challenged," "delusional," "psychotic," and that her writing is "shit that she vomited on paper[,]" (*Id.* at 5:21-7:11); alleges that Justice Lui "has ties to the government of the communist Republic of China[,]" (*Id.* at 7:13-8:14); states Justice Stratton is "brainless," "deranged," and "operate[s] without proof and without evidence to just determine whatever the hell she wants …[,]" (*Id.* at 8:16-9:14); labels Clerk Real as an "ass-licker clerk," "a low-life uneducated notary-turned-clerk," and "trashy," (*Id.* at 9:16-10:26); asserts Judge Schultz is "yet another East-Asian and White-ass licker[,]" a "crackpot, hilly-billy red-neck," a "nincompoop," and "needs to be in prison," (*Id.* at 11:1-23); and alleges Judge Treu is "narrow minded," "tyrannical," "diabolical[,]" and a "carcass-sucking vulture[]." (*Id.* at 11:25-12:13.)

Not only is Plaintiff's opposition beyond the pale of an officer of the court, but it also underscores why the State Bar of California was notified of Plaintiff's conduct in the underlying actions. *Czech*, 2023 WL 7968410, at *4, 5; *Schwartzman*, 2023 WL 7969843, at *11; *see also* Cal. Code Judicial Ethics, Canon 3D(2) (requiring judges to "take appropriate corrective action, which may include reporting the violation to the appropriate authority[,]" "[w]henever a judge has personal

knowledge,[] or concludes in a judicial decision, that a lawyer has committed misconduct or has violated any provision of the Rules of Professional Conduct[]"); Cal. Rules of Professional Conduct, rule 8.2(a) (prohibiting lawyers from "mak[ing] a statement of fact that the lawyer knows[] to be false or with reckless disregard as to its truth or falsity concerning the qualifications or integrity of a judge or judicial officer[] …"); Cal. Bus. & Prof. Code § 6068(b) (imposing duty on attorneys "[t]o maintain the respect due to the courts of justice and judicial officers[]").

Regardless, for all of the reasons set forth in the Judicial Defendants' moving papers, coupled with Plaintiff's failure to file a substantive opposition to the motion to dismiss, which may be deemed consent to the granting of the motion, *see* L.R. 7-12, the Court should dismiss the action against the Judicial Defendants without leave to amend.

| | | |
|---|---|---|
| 1 | Dated: August 9, 2024 | BEST BEST & KRIEGER LLP |
| 2 | | |
| 3 | | By: /s/ Matthew L. Green<br>MATTHEW L. GREEN |
| 4 | | Attorneys for Defendants<br>HON. MARIA E. STRATTON, |
| 5 | | Presiding Justice of the California<br>Court of Appeal, Second Appellate |
| 6 | | District, Division Eight; HON.<br>ELWOOD G. LUI, Administrative |
| 7 | | Presiding Justice of the California<br>Court of Appeal, Second Appellate |
| 8 | | District, Division Two; HON.<br>JUDITH ASHMANN-GERST, |
| 9 | | Associate Justice of the California<br>Court of Appeal, Second Appellate |
| 10 | | District, Division Two; MELISSA<br>REAL, Deputy Clerk of the |
| 11 | | California Court of Appeal, Second<br>Appellate District; CALIFORNIA |
| 12 | | COURT OF APPEAL, SECOND<br>APPELLATE DISTRICT; HON. |
| 13 | | MICHAEL J. SHULTZ, Judge of<br>the Superior Court of California, |
| 14 | | County of Los Angeles; HON.<br>BARBARA ANN MEIERS, Judge |
| 15 | | of the Superior Court of California,<br>County of Los Angeles; HON. |
| 16 | | ROLF M. TREU, Judge of the<br>Superior Court of California, |
| 17 | | County of Los Angeles (Ret.);<br>HON. WILLIAM D. STEWART, |
| 18 | | Judge of the Superior Court of<br>California, County of Los Angeles |
| 19 | | (Ret.); SUPERIOR COURT OF<br>CALIFORNIA, COUNTY OF LOS |
| 20 | | ANGELES; and JUDICIAL<br>COUNCIL OF CALIFORNIA |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

Reshma Kamath, et al. v. Ashmann-Gerst, et al.
United States District Court, Central District of California,
Western Division Case No. 23-cv-02193-SVW-SSC

# **PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On August 9, 2024, I served a copy of the within document(s):

    REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

[X] **By Electronic Service**. Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 9, 2024, at San Diego, California.

_____
Lisa Atwood

25508.00153\41879901.1