UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH, <br><br> Plaintiff, <br><br> v. <br><br> ELWOOD LUI, et al., <br><br> Defendant(s). | Case No. 8:23-cv-02193-SVW-SSC <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that the motion to dismiss (ECF 18) is granted and Judgment be entered dismissing this action with prejudice as to all defendants.

DATED: December 6, 2024

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE