UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ELWOOD LUI, et al.,<br><br>　　　　　　　Defendants. | Case No. 8:23-cv-02193-SVW-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice as to all defendants.

DATED: December 6, 2024

　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE